No. 45404.—Protest 482496–G of D. S. Stern Co., Inc. (New York).

Opinion by BROWN, J.  It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).  The protest was therefore sustained.

No. 45405.—Protest 33349–K of General Dyestuff Corp. (New York).

Opinion by BROWN, J.  In accordance with stipulation of counsel the protest was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 17, 1941

No. 45406.—Protests 915448–G (D), etc., of Ampol, Inc., et al. (New York).

Opinion by KEEFE, J.  On the evidence submitted and following *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) the court held that 10 percent allowance should have been made for the gelatinous material in the cans in question.

No. 45407.—Protest 50743–K of Moosalina Products Corp. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302) the protest was sustained.

No. 45408.—Protests 46730–K, etc., of J. Ambriola et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

No. 45409.—Protests 47597–K, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) the protests were sustained.

No. 45410.—Protests 46643–K, etc., of Antolini & Co. et al. (New York).

Opinion by KEEFE, J.  It was stipulated that the cheese in question is the same as that the subject of *Kraft* v. *United States* (T. D. 47955).  The protests were sustained.  *United States* v. *Suzarte* (8 Ct. Cust. Appls. 99, T. D. 37219) cited.